1  ROTHNER, SEGALL & GREENSTONE
   ANTHONY R. SEGALL (CSB No. 101340)
2  E-mail: asegall@rsglabor.com
   MICHELE SHERER ANCHETA (CSB No. 192039)
3  E-mail: mancheta@rsglabor.com
   510 South Marengo Avenue
4  Pasadena, California 91101-3115
   Telephone: (626) 796-7555
5  Facsimile: (626) 577-0124

6  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and CORINNE KOCH, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>Plaintiffs,<br><br>v.<br><br>GYPSUM ENTERPRISES, INC.; HUDSON INSURANCE COMPANY; AMERICAN CONTRACTORS INDEMNITY COMPANY; ROBERT ANDERSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. SACV15-1147 DOC(MRWx)<br><br>Hon. David O. Carter<br><br>[PROPOSED] JUDGMENT [20]<br><br>Date: November 16, 2015<br>Time: 8:30 a.m.<br>Ctrm: 9D |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

That Defendants Gypsum Enterprises, Inc. and Robert Anderson immediately pay delinquent contributions to the Southern California Painting & Drywall Industries Trust Funds from October 2012-April 2015 in the amount of $98,859.13, liquidated damages of $54,244.77, interest on the unpaid contributions of $31,339.89 and attorneys' fees and costs of $3,064.10 for a total due and owing of $187,507.89.

DATED: February 4, 2016

_____
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE